People v Ortiz (2024 NY Slip Op 04716)

People v Ortiz

2024 NY Slip Op 04716

Decided on September 27, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on September 27, 2024

PRESENT: WHALEN, P.J., SMITH, CURRAN, DELCONTE, AND HANNAH, JJ. (Filed Sept. 27, 2024.) 

MOTION NO. (1337/18) KA 15-02050.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
v
ANTHONY S. ORTIZ, DEFENDANT-APPELLANT.

MEMORANDUM AND ORDER
Motion for writ of error coram nobis denied.